# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LINDA A. JONES,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. 3:09-CV-5457-KLS<br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for a *de novo* hearing on the above grounds pursuant to sentence four of 42 U.S.C. §405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 8th day of January, 2010.

　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

| | |
|---|---|
| 1 | Presented By: |
| 2 | |
| | s/ Leisa A. Wolf |
| 3 | LEISA A. WOLF    WSB # 23206 |
| | Special Assistant U.S. Attorney |
| 4 | Office of the General Counsel |
| | Social Security Administration |
| 5 | 701 Fifth Avenue, Suite 2900 MS/901 |
| | Seattle, Washington 98104-7075 |
| 6 | Telephone: (206) 615-3621 |
| | FAX: (206) 615-2531 |
| 7 | leisa.wolf@ssa.gov |