UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA A. JONES, | Civil No. 3:09-CV-5457-KLS |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

The Court has ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings consistent with this Court's Order To Remand dated 1/8/10.

DATED this 8th day of January, 2010.

_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge