U.S. District Court Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA A. JONES, | CIVIL NO. C09-5457KLS |
| Plaintiff, | AGREED ORDER RE EAJA FEES AND EXPENSES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the Stipulation of the parties, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $3,151.99, expenses in the sum of $17.13, and costs in the sum of $350 pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. The check(s) shall be mailed to Plaintiff's attorney's office: <u>Stephen Maddox, 410-A South Capitol Way, Olympia, WA 98501</u>. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED: February 4, 2010.

Karen L. Strombom
United States Magistrate Judge

AGREED ORDER RE EAJA FEES  - Page 1
[C09-5457KLS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

Presented by:

/s/ Stephen Maddox
STEPHEN MADDOX, WSB #10682
Attorney for Plaintiff

Approved for entry,
Notice of presentation waived:

/s/ Leisa Wolf
LEISA WOLF, WSBA #23206
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per telephonic agreement)*

## CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing Agreed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Leisa Wolf
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS/901
Seattle, WA 98104-7075
Leisa.wolf@ssa.gov

Brian C. Kipnis
Asst. U.S. Attorney
Department of Justice
U.S. Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA 98101-1271
brian.kipnis@usdoj.gov

AGREED ORDER RE EAJA FEES  - Page 2
[C09-5457KLS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

1 | I hereby certify that I have mailed by United States Postal Service foregoing Agreed Order Re EAJA Fees and its attachments to the following non-CM/ECF participants:

    NONE

DATED: February 4, 2010

/s/ Dawn Krech
Dawn Krech, Legal Assistant
MADDOX & LAFFOON, P.S.
mcdkrech@comcast.net

AGREED ORDER RE EAJA FEES  - Page 3
[C09-5457KLS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276